UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN (DETROIT) DIVISION

HALEY BUSH, an individual,　　　　　　　　）
　　　　　　　　　　　　　　　　　　　　）
　Plaintiff,　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　　　）
　　　-V-　　　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　　　）　CIVIL ACTION NO. HON.
WHALECO, INC., MAILBOX CRAFTS, HMMSTU, ）
SMILEFEEL, UPHOME, MAILBOX　　　　　　　）
DECORATION, QIAOYM, GSOOT, SKY FISH　　 ）
ART, FJ CANVAS, ICOLOR ART, QDSKAL,　　 ）
GARDEN FLAGS, HJM TIDAL, YJ ART, and
UADOOA,

　Defendants.
_____/
WOOD, KULL, HERSCHFUS, OBEE & KULL, P.C.
ROBERT J. KULL (P55733)
*ATTORNEYS FOR PLAINTIFF*
37000 GRAND RIVER AVE STE 290
FARMINGTON HILLS, MI 48335
248-476-2000; FAX: 248-476-3660
RJK@WOODKULL.COM
_____/

## INDEX OF EXHIBITS TO PLAINTIFF'S COMPLAINT

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| A | Image – Gold Red Green Nativity |
| B | Image – Saviour is Born Manger Scene |