UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN (DETROIT) DIVISION

HALEY BUSH, an individual,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　Plaintiff,　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　-V-　　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　　　)  CIVIL ACTION NO. HON.
WHALECO, INC., MAILBOX CRAFTS, HMMSTU,　　 )
SMILEFEEL, UPHOME, MAILBOX　　　　　　　　 )
DECORATION, QIAOYM, GSOOT, SKY FISH　　　　)
ART, FJ CANVAS, ICOLOR ART, QDSKAL,
GARDEN FLAGS, HJM TIDAL, YJ ART, and
UADOOA,

　Defendants.
_____/
WOOD, KULL, HERSCHFUS, OBEE & KULL, P.C.
ROBERT J. KULL (P55733)
*ATTORNEYS FOR PLAINTIFF*
37000 GRAND RIVER AVE STE 290
FARMINGTON HILLS, MI 48335
248-476-2000; FAX: 248-476-3660
RJK@WOODKULL.COM
_____/

# **EXHIBIT A TO PLAINTIFF'S COMPLAINT**

-1-

