UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN (DETROIT) DIVISION

| | |
|---|---|
| HALEY BUSH, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -V- | ) |
| | ) |
| WHALECO, INC., MAILBOX CRAFTS, HMMSTU, | ) |
| SMILEFEEL, UPHOME, MAILBOX | )   CIVIL ACTION NO. HON. |
| DECORATION, QIAOYM, GSOOT, SKY FISH | ) |
| ART, FJ CANVAS, ICOLOR ART, QDSKAL, | ) |
| GARDEN FLAGS, HJM TIDAL, YJ ART, and | |
| UADOOA, | |
| | |
| Defendants. | |

_____/

WOOD, KULL, HERSCHFUS, OBEE & KULL, P.C.
ROBERT J. KULL (P55733)
*ATTORNEYS FOR PLAINTIFF*
37000 GRAND RIVER AVE STE 290
FARMINGTON HILLS, MI 48335
248-476-2000; FAX: 248-476-3660
RJK@WOODKULL.COM

_____/

# EXHIBIT B TO PLAINTIFF'S COMPLAINT

