# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

HALEY BUSH,

    Plaintiff,

v.

WHALECO, INC., et al.,

    Defendants.

_____/

Case No. 2:24-cv-11158

Hon. Nancy G. Edmunds

## **STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE**

    Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Haley Bush and Defendants, by and through their respective undersigned counsel acting solely for and on behalf of their respective clients, hereby stipulate to dismiss this entire action with prejudice, including all causes of action set forth in the First Amended Complaint on file in this action.

    These dismissals, consents, and stipulations are each and all with consent of the opposing party. Each party shall bear its own costs and attorneys' fees.

    The parties having stipulated to the relief requested, it is **SO ORDERED**.


Dated: November 5, 2024

/s/Nancy G. Edmunds_____
Honorable Nancy G. Edmunds
United States District Judge

Stipulated in form and substance by:

/s/ Robert J. Kull (with permission)
Robert J. Kull
**WOOD, KULL, HERSCHFUS, OBEE, & KULL**
37000 Grand River Ave, Suite 290
Farmington Hills, MI 48335
(248) 476-2000
rjk@woodkull.com

*Counsel for Plaintiff Haley Bush*

/s/ Jeffrey A Turner
Todd A. Holleman (P57699)
Jeffrey A. Turner (P85291)
**MILLER JOHNSON**
500 Woodward Ave, Suite 2800
Detroit, MI 48226
(313) 672-6950
hollemant@millerjohnson.com
turnerj@millerjohnson.com

Michael Songer
Spencer Beall
**WHITE & CASE LLP**
701 Thirteenth Street NW
Washington, DC 20005
(202) 626-3600
michael.songer@whitecase.com
spencer.beall@whitecase.com

*Counsel for Whaleco, Inc.*